IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERRICK COURTNEY,

    Petitioner,　　　　　　　　No. CIV S-07-1045 LEW GGH P

  vs.

MIKE KNOWLES, et al.,

    Respondents.　　　　　　　　<u>ORDER</u>

_____/

    Petitioner has filed an unopposed request for extension of time to file the joint scheduling statement.

    Good cause appearing, IT IS HEREBY ORDERED that petitioner's July 19, 2007, motion for extension of time is granted; the joint scheduling statement is due on or before September 14, 2007.

DATED:   7/25/07

                                        /s/ Gregory G. Hollows

                                        UNITED STATES MAGISTRATE JUDGE

cou1045.eot

1