IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERRICK COURTNEY,

    Petitioner,               No. CIV S-07-1045 LEW GGH P

    vs.

MIKE KNOWLES, et al.,

    Respondents.          <u>ORDER</u>

_____/

    Good cause appearing, IT IS HEREBY ORDERED that the parties shall file a joint scheduling statement on or before October 15, 2007.

DATED:  9/18/07

                            /s/ Gregory G. Hollows

                            UNITED STATES MAGISTRATE JUDGE

cou1045.eot(2)