1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DERRICK COURTNEY,

11              Petitioner,              No. CIV S-07-1045 LEW GGH P

12        vs.

13   MIKE KNOWLES, et al.,

14              Respondents.            ORDER

15   _____/

16              On October 25, 2007, the parties filed a joint scheduling report.  After reviewing

17   the report, the court makes the following ORDERS:

18              1.  On or before December 18, 2007, petitioner shall file either a supplemental

19   points and authorities, an amended petition containing exhausted claims only, or an amended

20   petition containing exhausted and unexhausted claims and a request to stay proceedings pending

21   further exhaustion; respondent's response to any of these pleadings is due within thirty days of

22   the date of their filing.

23   /////

24   /////

25   /////

26   /////

1       2.  If petitioner files a supplemental points and authorities or an amended petition

2 containing exhausted claims only, any request for discovery or an evidentiary hearing shall be

3 filed with these pleadings.

4 DATED:  12/10/07

                                             /s/ Gregory G. Hollows

5

                                           UNITED STATES MAGISTRATE JUDGE

6

7 cou1045.sch

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26