IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERRICK COURTNEY,

    Petitioner,                   No. CIV S-07-1045 LEW GGH P

    vs.

MIKE KNOWLES, et al.,

    Respondents.                <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        On December 21, 2007, petitioner filed a motion to stay this action pending exhaustion of additional claims. Respondent has not opposed the motion.

        Good cause appearing, IT IS HEREBY RECOMMENDED that petitioner's December 21, 2007, motion to stay be granted; and the Clerk of the Court be directed to administratively close this action.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within ten days after service of the objections. The parties are advised

1

1   that failure to file objections within the specified time may waive the right to appeal the District

2   Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

3   DATED: 02/28/08            /s/ Gregory G. Hollows

4                                          UNITED STATES MAGISTRATE JUDGE

7   cou1045.sta