IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERRICK COURTNEY,

    Petitioner,               No. CIV S-07-1045 LEW GGH P

    vs.

MIKE KNOWLES, et al.,

    Respondents.          <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 28, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed February 28, 2008, are adopted in full; and

2. Petitioner's December 21, 2007, motion to stay is granted; and the Clerk of Court is directed to administratively close this action.

DATED: April 23, 2008

/s/ Ronald S. W. Lew
UNITED STATES DISTRICT JUDGE

/cour1045.801