IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DERRICK COURTNEY,** | CIV S-07-1045 JAM GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **ANTHONY HEDGEPETH et al.,** | |
| Respondents. | |

    Good cause appearing, it is hereby ordered that Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before October 10, 2008.

Dated: 09/11/08                                 /s/ Gregory G. Hollows
                                                          UNITED STATES MAGISTRATE JUDGE

cour1045.eot

[Proposed] Order

1