IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DERRICK COURTNEY,**<br><br>                                                Petitioner,<br><br>          v.<br><br>**ANTHONY HEDGEPETH et al.,**<br><br>                                                Respondents. | CIV S-07-1045 JAM GGH P<br><br>**ORDER** |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's responsive pleading be filed on or before November 30, 2008.

Dated: 10/16/08

/s/ Gregory G. Hollows
United States Magistrate Judge

cour1045.eot2

[Proposed] Order