UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK COURTNEY,<br><br>                    Petitioner,<br><br>        v.<br><br>ANTHONY HEDGEPATH, et al.,<br><br>                    Respondents. | No. CIV S-07-1045 MJP<br><br>ORDER GRANTING IN PART AND DENYING IN PART PETITIONER'S APPLICATION FOR CERTIFICATE OF APPEALABILITY |

      This matter comes before the Court on Petitioner's application for certificate of appealability. (Dkt. No. 48.) This Court denied Mr. Courtney's petition for writ of habeas corpus on April 23, 2009. (Dkt. No. 45.) Having reviewed Mr. Courtney's current application and the balance of the record, the Court GRANTS a certificate of appealability as to the issues of Mr. Courtney's request for a separate trial and Mr. Courtney's right not to be tried while incompetent, and DENIES the request for a certificate of appealability as to the issue of Mr. Courtney's <u>Batson</u> motion. The Court's reasoning is set forth below.

**Discussion**

      Mr. Courtney is a state prisoner who is currently incarcerated at Kern Valley State Prison in Delano, California. On April 12, 2007, Mr. Courtney filed a timely pro se petition seeking a writ of habeas corpus, and filed an amended petition on December 21, 2007. (Dkt. Nos. 1 & 20.)

ORDER ON REQUEST FOR CERTIFICATE OF APPEALABILITY— 1

1 Mr. Courtney's petition sought relief on three grounds: (1) the prosecutor's peremptory
2 challenge against an African American juror was discriminatory; (2) the trial court improperly
3 refused to sever Mr. Courtney's trial from that of his codefendant; and (3) the trial court denied
4 Mr. Courtney's right not to be tried while incompetent. (Dkt. No. 20.) This Court denied the
5 petition on all grounds. (Dkt. No. 45.) Mr. Courtney now seeks a certificate of appealability as
6 to all three issues. (Dkt. No. 48.)

7 Under 28 U.S.C. § 2253(c), a petitioner may not appeal the denial of a habeas corpus
8 petition unless the district court or a circuit court issues a certificate of appealability. The Court
9 may only issue a certificate of appealability "if the applicant has made a substantial showing of
10 the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To satisfy this requirement, the
11 petitioner must show "that reasonable jurists could debate whether (or, for that matter, agree
12 that) the petition should have been resolved in a different manner or that the issues presented
13 were 'adequate to deserve encouragement to proceed further.'" Slack v. McDaniel, 529 U.S.
14 473, 484 (2000) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 & n.4 (1983)).

15 Mr. Courtney's first claim asserts that the prosecutor violated his Fourteenth Amendment
16 rights by using a discriminatory peremptory challenge against an African American woman on
17 the jury venire. (Dkt. No. 20 at 18.) This Court reviewed the opinion on the merits by the
18 California Court of Appeals, (Lod. Doc. 6), and determined that the state court's decision was
19 not contrary to clearly established federal law and did not result in a decision based on an
20 unreasonable determination of the facts presented. (Dkt. No. 45 at 4–7.) The Court now finds
21 that reasonable jurists could not debate this conclusion and DENIES a certificate of appealability
22 on this issue.

23 However, the Court finds that reasonable jurists could debate its resolution of Mr.
24 Courtney's claims that: (1) the trial court improperly refused to sever Mr. Courtney's trial from
25 that of his codefendant; and (2) the trial court denied Mr. Courtney's right not to be tried while
26 incompetent. (See Dkt. No. 45 at 8–12.) Because Mr. Courtney has met the standard required

27

ORDER ON REQUEST FOR CERTIFICATE OF APPEALABILITY— 2

for a certificate of appealability, the Court grants Mr. Courtney's request on these two issues.

**Conclusion**

Because Mr. Courtney has not made a substantial showing of a denial of a constitutional right on the issue of the prosecutor's discriminatory peremptory challenge, the Court DENIES Mr. Courtney's request for a certificate of appealability on this issue. However, the Court finds that Mr. Courtney has made the required showing on his two remaining grounds: (1) the trial court improperly refused to sever Mr. Courtney's trial from that of his codefendant; and (2) the trial court denied Mr. Courtney's right not to be tried while incompetent. The Court therefore GRANTS a certificate of appealability on these two issues.

The Clerk is directed to send copies of this order to all counsel of record.

Dated this 29th day of June, 2009.

/s/ Marsha J. Pechman
Marsha J. Pechman
U.S. District Judge